## The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

David J. Kappos

*Director of the United States Patent and Trademark Office*

The United States of America

Case 2:13-cv-01276-KAM-AKT Document 15-2 Filed 06/02/13 Page 2 of 8 PageID #: 86

US008343016B1

(12) **United States Patent** (10) **Patent No.:** **US 8,343,016 B1**

Astilean (45) **Date of Patent:** **Jan. 1, 2013**

(54) **LEG-POWERED TREADMILL**

(76) Inventor: **Aurel A. Astilean**, East Hampton, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 156 days.

(21) Appl. No.: **12/925,892**

(22) Filed: **Nov. 1, 2010**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/925,770, filed on Oct. 29, 2010.

(60) Provisional application No. 61/280,265, filed on Nov. 2, 2009.

(51) **Int. Cl.**
*A63B 22/02* (2006.01)

(52) **U.S. Cl.** ........................................ **482/54**

(58) **Field of Classification Search** .................. 482/23, 482/37, 51, 54, 69–71, 79; 119/700; 434/247, 434/255; D21/662, 668–669; *A63B 22/02*
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,211,765 | A | * | 1/1917 | Schmidt ........................... 482/54 |
| 3,489,408 | A | * | 1/1970 | Goodrich ........................... 472/89 |
| 3,637,206 | A | * | 1/1972 | Chickering, III ................ 482/54 |
| 3,642,279 | A | | 2/1972 | Cutter |
| 3,669,238 | A | * | 6/1972 | Folkes et al. .................. 198/805 |
| 4,614,337 | A | | 9/1986 | Schonenberger |
| 5,470,293 | A | | 11/1995 | Schonenberger |
| 5,577,598 | A | | 11/1996 | Schoenberger |
| 5,709,632 | A | | 1/1998 | Socwell |
| 6,053,848 | A | | 4/2000 | Eschenbach |
| 6,146,315 | A | | 11/2000 | Schoenenberger |
| 6,348,025 | B1 | | 2/2002 | Schoenenberger |
| 2012/0010048 | A1 | * | 1/2012 | Bayerlein et al. ................ 482/2 |
| 2012/0010053 | A1 | * | 1/2012 | Bayerlein et al. .............. 482/54 |
| 2012/0157267 | A1 | * | 6/2012 | Lo .................................. 482/54 |

OTHER PUBLICATIONS

Aurel Astilean, Speedboard, Curved treadmill with taut bottom belt portion and curved top belt portion configured with timing belt on Discovery Channel "Wreckreation" television show in Jan. 2009.
Aurel Astilean, Speedboard, Curved treadmill with taut bottom belt portion and curved top belt portion configured with timing belt at IHRSA trade show in Mar. 2009.
Aurel Astilean Speedboard Curved treadmill with taut bottom belt portion and curved top belt portion configured with timing belt at FIBO trade show in Germany Apr. 2009.

* cited by examiner

*Primary Examiner* — Oren Ginsberg
(74) *Attorney, Agent, or Firm* — Alfred M. Walker; Myron Amer

(57) **ABSTRACT**

A motor-less leg-powered curved treadmill produced that allows people to walk, jog, run, and sprint without making any adjustments to the treadmill other than shifting the user's center of gravity forward and backwards. A closed loop treadmill belt is formed with a low friction running surface of transverse wooden, plastic or rubber slats attached to each other in a resilient fashion. Since an essential feature of treadmill is the concave shape of the running surface of belt in its respective upper portion, curved and linear arrays of bearings are used to insure that this shape is maintained during actual use. These bearings prevent the lower portion of the treadmill belt from drooping down (i.e.—it must be held taut), to prevent the top portion to be pulled taut into a flat shape between the front and rear pulley rollers.

**17 Claims, 8 Drawing Sheets**



Case 2:13-cv-01276-KAM-AKT   Document 18-2   Filed 06/17/13   Page 3 of 8 PageID #: 87



**Fig. 1A**

Case 2:13-cv-01276-KAM-AKT   Document 18-2   Filed 06/17/13   Page 4 of 8 PageID #: 88



**Fig. 2**



**Fig. 3**



**Fig. 4**



*Fig. 6*



*Fig. 8*

3

FIG. 1 is a perspective view of the exterior of one embodiment of the present invention; showing the runner in a slow walk in the droop of the concave upper portion of the treadmill ball.

FIG. 1A is a perspective view of the exterior of the embodiment in FIG. 1, showing the runner running at a fast pace uphill.

FIG. 1B is a perspective view of the exterior of the embodiment in FIG. 1, showing the runner running slowly in the droop of the concave portion.

FIG. 2 is a diagrammatic side view of the system components for the embodiment of FIG. 1 for implementing the present invention.

FIG. 3 is a diagrammatic side view of the system components for a second embodiment for implementing the present invention.

FIG. 4 is a diagrammatic side view of the system components for a third embodiment for implementing the present invention.

FIG. 5 is a perspective view of the third embodiment shown in FIG. 4, having a v-belt and a lower linear array of ball bearings in the curved treadmill, and showing an optional removable handlebar assembly.

FIG. 6 is a perspective view of the curved treadmill embodiment of FIG. 5 having a v-belt and a lower linear array of ball bearings, with the side covers and treadmill belt removed to reveal the various operating parts.

FIG. 7 is an end view of the curved treadmill embodiment of FIG. 5 having a v-belt and a lower linear array of ball bearings, illustrating the support of a top slat and a bottom slat using the side extension features of the custom v-belt.

FIG. 8 is a side elevation of the v-belt treadmill chassis of the embodiment of FIG. 5 with a v-belt and a lower linear array of ball bearings, showing the supported path of the v-belt; wherein the vertical side of the outer frame member is rendered invisible for clarity of detail.

DETAILED DESCRIPTION OF THE DRAWINGS

The description of the invention which follows, together with the accompanying drawing should not be construed as limiting the invention to the example shown and described, because those skilled in the art to which this invention appertains will be able to devise other forms thereof.

FIG. 1 is a perspective view of a leg-powered treadmill 10 constructed and having an operating mode according to the present invention.

As noted in FIG. 1, no hand rails are shown. The curved treadmill 10 can be used without hand rails. Hand rails can be optionally provided for non-athletes with balance or running stabilities limitations.

Illustrated are two leg supports 10 and 12 which lift the treadmill 14 in a clearance position above a support surface 16, said treadmill 10 having space apart sides 18 and 20 which have journalled for rotation end rollers 22 and 24 which support a closed loop treadmill belt 26. Low friction members to be described are used to hold taut the length of the lower belt portion 26A in a dimension of approximately forty-three inches denoted by dimension line 30. The upper belt portion 26B weighs approximately forty pounds is also denoted by the dimension line 30.

It is to be noted that an essential feature of treadmill 10 is a concave shape subtending an acute angle 34 in the treadmill 10 front end 14A which in practice results in the exerciser 36 running uphill and concomitantly exerting body weight 38 that contributes to driving lengthwise 40 in the direction 42 in which the exerciser runs and achieves the benefits of the

4

exercise. As the runner 36 encounters the different positions on the treadmill belt 26 of the treadmill 14, the angle of the surface of running changes For example, as shown in FIG. 1, when the center of gravity of body weight, indicated by downward directional arrow 38, below the hips of the user 36, is in the lower drooping portion of the concave upper portion 26B of the treadmill belt 26, the runner 36 walks or slowly jogs in a generally horizontal orientation, as indicated by directional arrow 42 in a first slow jogging speed. But, as shown in FIG. 1A, as the runner 36 speeds up and advances the runner's hips and center of gravity of body weight further forward up the angled slope at the front end 14A of the treadmill belt 26, the angle of movement 42 changes from a generally horizontal angle 42 in FIG. 1 to an acute angle 42 up off the horizontal as in FIG. 1A, which concurrently causes the runner 36 to run vigorously faster, at the acute angle 42 up the slope of the front 14A of the concave curve of upper belt portion 26B of treadmill belt 26, the runner 36 runs faster uphill. Furthermore, as shown in FIG. 1B, it does not matter where the runner 36 puts the forward foot to change the speed. In FIG. 1B the center of gravity in the hip region of the runner 36's body weight, indicated by downward directional arrow 38, is still in the lower part of the concave droop of the upper portion 26A of treadmill belt 26. So even though the runner 36 in FIG. 1B is jogging faster than walking or slowly jogging as in FIG. 1, so long as the runner 36 has the forward foot partially up the angled slope of the forward portion 14A of the upper belt portion 26B, the runner will still run slower in FIG. 1B, not because the forward foot is up the slope of upper belt portion 26B of the treadmill belt 26, but because the center of gravity of body weight, as indicated by downward directional arrow 38, is still within the lower confines of the droop of the concave upper belt portion 26B. Therefore, what changes the speed of the runner 36 and the treadmill belt 26, is when the runner 36 moves the center of gravity of the hips of the body weight indicated by downward directional arrow 38 higher up the slope of concave upper portion 26B of treadmill belt 26, which causes the runner to run faster and the belt 26 to concurrently move faster around pulleys 22 and 24 with the pace of the forward advancing runner 36.

It is known from common experience that in prior art treadmills, the upper length portion of their closed loops are flat due, it is believed, because of the inability to maintain the concave shape 34 in the length portion 26B. This shortcoming is overcome by the weight 30 which in practice has been found to hold the concave shape 34 during the uphill running of the exerciser 36.

A closed loop treadmill belt 26 is formed with a running surface of transverse wooden, plastic or rubber slats 49 (see FIG. 1) attached to each other in a resilient fashion. Since an essential feature of treadmill 10 is the concave shape of the low friction running surface of belt 26 in upper portion 26B, methods are used to insure that this shape is maintained during actual use. These methods must prevent the lower portion 26A of treadmill belt 26 from drooping down (i.e.— must be held taut), otherwise top portion 26B would be pulled taut into a flat shape between rollers 22 and 24. Three methods are illustrated by the side view schematic drawings of FIGS. 2-4.

The method of FIG. 2 shows a flat support belt loop 50 engaged with two side pulleys 54 and a third pulley 56 which is attached to treadmill 10 frame. Two springs 52 pulling in opposite directions hold belt 50 taut with a flat top configuration in contact with bottom treadmill belt portion 26A. Since pulleys 54 and 52 are low friction, and there is no relative movement between belt 50 and belt 26, belt 50

**7**

mill, said handle bar assembly help users who are balance-challenged to use said motor-less, leg-powered curved tread-mill.

6. The motor-less, leg-powered curved treadmill as in claim 1 wherein each said slat includes at least one fin descending downward from each said slat.

7. The motor-less, leg-powered curved treadmill as in claim 6 wherein each said slat includes a plurality of fins descending downward from each said transverse slat.

8. The motor-less, leg-powered curved treadmill as in claim 6 wherein each said rows of peripheral bearings are spaced apart from each other on respective left and right sides of said curved treadmill, wherein further said fins of said slats extend cantilevered downward into a vacant mid-section of said treadmill from each said slat so that said slats are resilient to dip slightly under the weight of a user runner without any lower support below non-peripheral mid-sections of said slats.

9. The motor-less, leg-powered curved treadmill as in claim 1 wherein said transverse slats are made of a material selected from the group consisting of rubber, plastic and wood.

10. The motor-less, leg-powered curved treadmill as in claim 1 wherein respective adjusters are provided on at least one set of said pulleys to adjust the distance separating said pairs of front and rear pulleys to insure precise smooth movement of said belt over said pairs of front and rear pulleys.

11. The motor-less, leg-powered curved treadmill as in claim 1 further comprising level adjusters extending down from said frame to adjust the tilt of said motor-less, leg-powered curved treadmill.

12. The motor-less, leg-powered curved treadmill as in claim 1 wherein said means for slackening the upper portion while simultaneously keeping the lower portion taut, preventing said lower portion from drooping down during rotation and exertion of walking or running force upon said upper concave portion of said closed loop treadmill belt comprises at least a pair of linear arrays of bearings extending along and located at opposite peripheral edges of said treadmill frame,

**8**

each said array of peripheral edge bearings physically supporting said lower portion of said closed loop treadmill belt in a taut non-drooping configuration.

13. The motor-less, leg-powered curved treadmill as in claim 12 wherein said linear array of lower peripheral bearings supporting said lower taut portion of said curved treadmill belt are each attached to respective right and left side frame members of said chassis to prevent drooping of said lower portion of said curved treadmill belt.

14. The motor-less, leg-powered curved treadmill as in claim 1 wherein said closed loop treadmill belt having an extension wing including a v-belt portion,

said slats of said closed loop treadmill belt joined to said closed loop treadmill belt having said v-belt portion, said v-belt portion insertable and riding within a corresponding v-shaped groove within each of said front and rear pulleys.

15. The motor-less, leg-powered curved treadmill as in claim 14 wherein each said v-belt portion of said curved treadmill belt includes a short outer extension and a longer inner extension on each side of a v-shaped portion of said v-belt portion, wherein further one or more bolts fasten said longer inner flat belt extension to a respective end of each said slat, wherein said v-shaped portion of said v-belt portion is positioned within said respective v-shaped groove of each said pulley, wherein further a respective ball bearing of said concave peripheral row of ball bearings support a respective edge of said curved treadmill belt.

16. The motor-less, leg powered curved treadmill as in claim 15 further comprising a plurality of centrally located v-belt idler pulleys keeping said extensions of said curved treadmill belt from moving laterally from said pulleys.

17. The motor-less, leg-powered curved treadmill as in claim 16 wherein the respective weight of said curved treadmill belt keeps respective peripheral edges of said treadmill belt in contact with the respective concave contours of said peripheral ball bearings at any speed from stopped to full running speed.

* * * * *