UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SPEEDFIT LLC and AUREL A. ASTILEAN,

        2013 Civ. 01276 (KAM) (AKT)

Plaintiffs,

**DECLARATION OF JOHN F. VODOPIA IN SUPPORT OF PLAINTIFFS' MOTION UNDER 35 U.S.C. § 256 TO CORRECT INVENTORSHIP OF USPN 8,308,619 AND USPN 8,342,016**

WOODWAY USA, INC.,

Defendants.
----------------------------------------------------------------x

JOHN F. VODOPIA, hereby declare, under penalty of perjury, that:

1. I, along with the law firm, Fishman & Decea, are counsel for Plaintiffs, Speedfit LLC ("Speedfit") and Aurel A. Astilean (collectively, "Plaintiffs"), in the above-referenced action, and make this Declaration in support of Plaintiffs' concurrently-filed motion under 35 U.S.C. § 256 to correct inventorship of United States Patent Number (USPN) 8,308,619 and USPN 8,343,016.

2. A true and accurate copy of Plaintiffs' patent, USPN 8,308,619 (the "'619 Patent"), is annexed hereto as Exhibit A.

3. A true and accurate copy of Plaintiffs' patent, USPN 8,342,016 (the "'016 Patent"), is annexed hereto as Exhibit B.

4. A true and accurate copy of Plaintiffs' US Provisional Application Serial No. 61/193,239 (the "First Provisional Application"), is annexed hereto as Exhibit C.

5. A true and accurate copy of Plaintiffs' US Provisional Application Serial No. 61/280,265 (the "Second Provisional Application"), is annexed hereto as Exhibit D.

6. A true and accurate copy of a written agreement between inventors Aurel A.

Astilean and Dan Bostan, executed April 1, 2008, is annexed hereto as Exhibit E.

7. A true and accurate copy of a written agreement between inventors Aurel A. Astilean and Dan Bostan, executed May 16, 2009, is annexed hereto as Exhibit F.

8. A proposed order to correct inventorship of USPN 8,308,619, USPN 8,343,016, and ordering the Director to issue a certificate to that effect, is annexed hereto as Exhibit G.

9. An Assignment, executed by Dan Bostan and Alex Astilean, which assigns their entire right, title and interest in the First Provisional Application, the Second Provisional Application, the '619 Patent and the '016 Patent, is attached hereto as Exhibit H.

10. Upon the declarations of Dan Bostan of Aurel A. Astilean, along with the accompanying memorandum of law in support, Plaintiffs' motion should be granted in all respects.

Date: June 1, 2015
Huntington, NY

>/john f vodopia/
>JOHN F. VODOPIA, P.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing DECLARATION OF JOHN F. VODOPIA IN SUPPORT OF PLAINTIFFS' MOTION UNDER 35 USC §256 TO CORRECT INVENTORSHIP OF USPN 8,308,619 AND USPN 8,342,016 to be served on counsel of record via electronic mail on June 1, 2015.

Dated:  Huntington, New York
         June 1, 2015

*/john f vodopia/*
John F. Vodopia