# EXHIBIT H

# ASSIGNMENT

For good and valuable consideration, receipt of which is hereby acknowledged, and in accordance with the "Brief Agreement" agreed to executed by and between Alex Astilean and Dan Bostan on March 30, 2008 and in accordance with the "Written Agreement" agreed to and executed by and between the parties on May 16, 2009, and in accordance with the "Agreement of Indemnification" agreed to and executed by and between Aurel A. Astilian and Dan Bostan on June 1, 2015; the terms of which Brief Agreement, the Written Agreement and the Agreement of Indemnification incorporated and relied upon for consideration herein, we:

Dan Bostan, 147 Allancroft Road, Beaconsfield, QC H9W, Canada, and
Aurel A. Astilean, 196 Buckskill Road, East Hampton, NY 11937,

as below-named Assignors, hereby irrevocably assign and transfer our entire and exclusive right, title, and interest in the following to Speedfit, LLC, 79 Newtown Lane, East Hampton, NY 11937, its successors, assigns, and legal representatives, including any nominees (collectively "the Assignee"):

(1) US provisional application serial no. 61/193,239, entitled: LEG-POWERED TREADMILL, filed on Nov 7, 2008;

(2) US provisional application serial no. 61/280,265, entitled: LEG-POWERED TREADMILL, filed on Nov 2, 2009;

(3) US Patent No. 8,308,619 entitled: LEG-POWERED TREADMILL, which issued on November 13, 2012 from appln ser. no. 12/925,770, filed on October 29, 2010, and claims priority from provisional application serial no. 61/280,265, filed on Nov 2, 2009;

(4) US Patent No. 8,343,016 entitled: LEG-POWERED TREADMILL, which issued on January 1, 2013, from appln ser. no. 12/925,892, filed on November 1, 2010, and which claims priority from parent appln ser. no. 12/925,770, filed on October 29, 2010, wherein the parent appln. claims priority to provisional application serial no. 61/280,265, filed on Nov 2, 2009;

(5) the foregoing US patents and US provisional patent application and all other United States, foreign and international patents and/or patent applications associated therewith, based thereon, or claiming priority therefrom including, but not limited to, any and all provisionals, non-provisional divisions, continuations, continuations-in-part, reexaminations, reissues, and extensions thereof, and

(6) the right to claim priority thereto, and the entire and exclusive right, title, and interest in and to any and all patents granted on these patents and patent applications.

We authorize and request that the Patent Office officials in the United States and in any and all foreign countries issue any and all letters Patent when granted, solely to the Assignee, for its sole use, and that of its successors, assigns, and legal representatives.

We certify by my below signature that I have the full right to convey the above rights.

June 1, 2015          Dan Bostan  _____
**(Date)**                               **(Assignor)**


June 1, 2015          Aurel A. Astilean  _____
**(Date)**                                  **(Assignor)**

2