**EXHIBIT A**



1. My Mother has the right to some Lou idea is not anything with either.

2. May has the right to develop Lou idea in whole, being part. Lou idea is not an idea. Lou idea in not won't if can advise a patent be worth it can advise not use any part of the idea. May can not help the future of the idea will help the patent law of this will advance as over gets 10% if while anyway.

3. If this enters in production agreement the gets like anything he will give 2% of while and growin not revenue.

Copy of Alex Acosta's 2008 tax return. He will give 10% of the gross revenue.

Alex Ashee

Dan Boyko

04/01/2008
08/08/2008

CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

PLTFESI013697