**EXHIBIT A**



1. My Brother, has the right to some idea is not anything to him either.

2. May has the right to decide if an idea is worth developing. If her spouse has an idea, it will not [if] it can induce a payment be to be used, May can not use any part of the idea in the future without her spouse's will help the patent law of the idea, will help the patent law get to?   if while someone as over

3. If this, issues in production agreement the [sets] like money. We'll give 2% of while and something, he [revenue].

gross net revenue.

CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

PLTFESI013696

If Alex decide to do or has turn, he will give 10% of the gross received.

Alex Ashco

Dan Bosha

04/10/2008
04/10/2008

CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

PLTFESI013697