UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SPEEDFIT LLC and AUREL A. ASTILEAN,

                      Plaintiffs,                 2013 Civ. 01276 (KAM) (AKT)

                                                    **ORDER**

WOODWAY USA, INC.,

                      Defendants.
-----------------------------------------------------------x

That upon notice and hearing of all parties concerned;

Upon the declaration of John F. Vodopia in support of Plaintiffs' Motion to Correct Inventorship, dated June 1, 2015;

Upon the declaration by newly identified co-inventor Dan Bostan, dated June 1, 2015, agreeing to the requested change in inventorship;

Upon the declaration by co-inventor and plaintiff, Aurel A. Astilean, dated June 1, 2015;

~~Upon the Assignment, executed by Dan Bostan and Alex Astilean, which assigns their entire right, title and interest in the First Provisional Application, the Second Provisional Application, the '619 Patent and the '016 Patent to Speedfit LLC;~~ *[struck through, initialed KAM]*

Upon Plaintiffs' Memorandum of Law in support of its motion to correct inventorship, dated June 1, 2015; as well as the pleadings and papers filed herein, and upon such other matters, now, on motion of the Law of Offices of John F. Vodopia, PC and Fishman & Decea, attorneys for Plaintiffs,

IT IS, on this 14 day of July 2015, hereby:

ORDERED that, pursuant to 35 USC § 256, the Director of the United States Patent and Trademark Office shall issue a certificate to correct the inventorship of U.S. Patent No. (USPN) 8,308,619 and USPN 8,342,016 to include co-inventor, Dan Bostan, who was inadvertently not identified as an inventor heretofore by common error and without deceptive intent.

ORDERED that a true copy of this Order shall be served upon all parties on or before the 14 day of July, 2015.

SO ORDERED.

ENTER:

_____
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201